UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Susan D. Wigenton<br>U.S. District Judge |
| v.   : | Crim. No. 09-370 (SDW) |
| JOSEPH VAS and<br>MELVIN RAMOS   : | **ORDER** |

This matter having been opened to the Court by the parties Ralph J. Marra, Jr., Acting United States Attorney (Brian R. Howe and Jenny R. Kramer, Assistant U.S. Attorneys, appearing), defendant Joseph Vas (Alan Zegas, Esq., appearing), and defendant Melvin Ramos (Alberto Rivas, Esq., appearing), for a complex-case order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and the defendants needing sufficient time to review discovery, investigate the charges, and file motions in this case; and all parties having concurred that this matter is complex as defined in the statute; and the Court having found, in light of the above, that this case is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the case being complex, pursuant to 18 U.S.C. §

3161(h)(8)(B)(ii); and for good cause shown,

It is on this 15th day of June, 2009,

ORDERED that the period of discovery in this matter shall be continued until July 15, 2009 and it is further

ORDERED that the parties appear before the Court on July 21, 2009, at 10 a.m., for a scheduling conference in this matter for the purposes of setting a briefing schedule and a trial date; and it is further

ORDERED that the time period from the date of this order to July 21, 2009, shall be excluded in computing time under the Speedy Trial Act of 1974.

_____
HON. SUSAN D. WIGENTON
United States District Judge

2