UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Susan D. Wigenton |
| v. : | Crim. No. 09-370 (SDW) |
| JOSEPH VAS and : | |
| MELVIN RAMOS : | O R D E R |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Brian R. Howe and Jenny R. Kramer, Assistant U.S. Attorneys, appearing) and by defendants Joseph Vas, (Alan Zegas, Esq., appearing) and Melvin Ramos (Jerome Ballaratto, Esq., appearing) for an Order granting a continuance of the proceedings in the above-captioned matter; and this matter having been declared a complex case pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) by prior Order of this Court. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. The charges in this case are the result of a lengthy investigation and involve allegations of mail fraud, making false statements and violations of the Federal Election Campaign Act.

2. The discovery in this case is voluminous and includes, among other items, thousands of pages of documents that were subpoenaed by the United States in the course of this investigation.

3. A grand jury sitting in Newark, New Jersey returned a Superseding Indictment on July 21, 2009.

4. The defendants will require additional time to review discovery, complete their investigation of the charges, and to prepare for pretrial hearings and trial.

5. Both the United States and the defendants have consented to this continuance and granting of this continuance will conserve judicial resources.

6. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15th day of January, 2010, ORDERED that:

1. The proceedings in this matter shall be continued from the date this Order is signed until May 3, 2010;

2. The period from the date this Order is signed until May 3, 2010 shall be excluded in computing time under the Speedy Trial Act of 1974; 18 U.S.C. § 3161;

3. The dates for the filing of all pretrial motions specifically provided for in Paragraph 12 of this Court's Standing Discovery and Inspection Order are hereby revised and such motions will be deemed waived unless they are filed and served not later than:

> Pretrial motions filed by: March 22, 2010
> Opposition due: April 19, 2010
> Motions hearing date: April 26, 2010; and

4. Trial shall commence on May 3, 2010. The Court will set dates for proposed voir dire, proposed jury instructions and trial briefs at a later date.

_____
HON. SUSAN D. WIGENTON
United States District Judge