UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF ALAN L. ZEGAS
552 Main Street
Chatham, New Jersey 07928
(973) 701-7080
Attorneys for Defendant,
Joseph Vas

---

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

JOSEPH VAS and MELVIN RAMOS,

       Defendants.

Criminal No. 09-370 (SDW)

ORDER

---

THIS MATTER having been opened to the Court by way of pretrial motions of defendant, Joseph Vas, through his attorneys, the Law Offices of Alan L. Zegas and the Court having heard oral argument and having considered all papers submitted by all parties, and for good cause shown,

IT IS on this 3rd day of August, 2010,

ORDERED that all charges alleging a violation of 18 U.S.C. § 1346 are hereby dismissed; and it is further [Denied]

ORDERED that counts 9, 10, 11 and 12 are severed and shall be tried separately; and it is further [Denied]

ORDERED that count 3 is dismissed as surplusage; and it is further [Denied]

ORDERED that a Pretrial Hearing will be conducted on other crimes evidence; and it is further *Reserved*

ORDERED that the government must provide the defendant with a Bill of Particulars; and it is further *Denied*

ORDERED that the government turn over all Brady and Giglio material; and it is further *Stipulated*

ORDERED that the government must be compelled to preserve all rough notes, interview notes, report drafts, and final reports prepared by all government agents in connection with the investigation that culminated in the Indictment against the Defendant; and it is further *Stipulated*

ORDERED that the government supply Defendant with a list of trial witnesses;** and it is further ***As directed by the Court*

ORDERED that defendant is permitted to join in the arguments raised by his co-defendant to the extent applicable. *Granted*

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

* This Order shall also apply as to Defendant, Ramos' motions. (Docket Entry #21)