UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF ALAN L. ZEGAS
552 Main Street
Chatham, New Jersey 07928
(973) 701-7080
Attorneys for Defendant,
Joseph Vas

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOSEPH VAS and MELVIN RAMOS,

        Defendants.

Criminal No. 09-370 (SDW)

ORDER

---

**THIS MATTER** having been opened to the Court by way of pretrial motion of defendant, Joseph Vas, through his attorneys, the Law Offices of Alan L. Zegas and the Court having heard oral argument and having considered all papers submitted by all parties, and for good cause shown,

IT IS on this 27th day of April, 2010,

**ORDERED** that trial in the above matter is adjourned pending the Supreme Court's decisions in Black v. United States, 129 S. Ct. 2379 (2009), Skilling v. United States, 130 S. Ct. 393 (2009), and United States v. Weyhrauch, 129 S. Ct. 2863. (2009).

                                    HON. SUSAN D. WIGENTON, U.S.D.J.