UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH VAS and<br>MELVIN RAMOS,<br><br>    Defendants. | Criminal Action No. 09-370 (SDW)<br><br>**ORDER**<br><br>August 10, 2010 |

**WIGENTON**, District Judge.

  This matter, having come before the Court on the Government's Motion for Admission of Fed. R. Evid. 404(b) Evidence (dated April 19, 2010) (the "Motion") and the Government's Request for Self Authenticating Business Record Certifications (Doc. # 28) (the "Request"), and this Court, having carefully reviewed and considered the submissions and arguments of the parties, for the reasons stated in this Court's Opinion dated August 10, 2010,

  IT IS on this 10th day of August, 2010,

  **ORDERED** that the Government's Motion and Request are GRANTED.

                   s/ Susan D. Wigenton
                   **Susan D. Wigenton, U.S.D.J.**


cc: Magistrate Judge Madeline C. Arleo