UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Criminal Action** |
| *Plaintiff,* | Criminal No.: 09-370 (SDW) |
| v. | |
| JOSEPH VAS | **ORDER MODIFYING BAIL** |
| *Defendant.* | |

---

**THIS MATTER** having been opened to the Court by way of application of defendant, Joseph Vas, , for an order modifying defendant's bail bond to replace the property on the bond, which is currently listed as 338 State Street, Perth Amboy, New Jersey to 312 High Street, Perth Amboy, New Jersey, and for good cause shown,

IT IS on this 3rd day of May, 2011;

ORDERED that defendant, Joseph Vas' bail bond is modified to replace the property on the bond from 338 State Street, Perth Amboy, New Jersey to 312 High Street, Perth Amboy, New Jersey; and it is further

ORDERED that all other bail restrictions and conditions shall remain in full force and effect.

_____
HON. SUSAN D. WIGENTON