JOSEPH VAS
P.O. Box 375
Perth Amboy, NJ 08862
(732) 925-7046
Defendant, *Pro Se*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>Vs.<br><br>JOSEPH VAS<br>*Defendant* | Crim No. 09-370<br><br>**ORDER EXTENDING TIME FOR VOLUNTARY SURRENDER** |
|---|---|

**THIS MATTER** having come before the Court on Motion of Defendant, Joseph Vas (Pro Se) for Order Extending Time for Voluntary Surrender for service of his sentence; the United States of America (Assistant US Attorney Brian Howe) having no objection; the Court having reviewed the letter submitted; and for good cause shown;

**IT IS** on this 16th day of May, 2011,

**HEREBY ORDERED** that Defendant shall surrender to the custody of the Bureau of Prisons no earlier than June 29, 2011 or as soon thereafter as the Bureau of Prisons shall designate; and

**FURTHER ORDERED** that Defendant shall surrender to the custody of the Bureau of Prisons at a location to be designated by the Bureau of Prisons; and

**FURTHER ORDERED** that all terms and conditions of release shall continue in full force and effect until such time as Defendant surrenders to the custody of the Bureau of Prisons

HONORABLE SUSAN D. WIGENTON
United States District Judge