UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 11-2098
_____

UNITED STATES OF AMERICA

v.

JOSEPH VAS,
           Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-09-cr-00370-001)
District Judge: Honorable Susan D. Wigenton

_____

Before: SLOVITER, RENDELL, and HARDIMAN, Circuit Judges

JUDGMENT

    This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on September 18, 2012.

    On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered April 13, 2011, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

                                                         Attest:

                                                         /s/Marcia M. Waldron
Dated: September 20, 2012                        Clerk